Pres COCHRANE, Appellant, v. S. J. HOOPER, Appellee.

No. 11365.

Circuit Court of Appeals, Fifth Circuit.

Feb. 6, 1946.

T. Harvey Hedgepeth and Raymond W. Miller, both of Jackson, Miss., for appellant.

W. Calvin Wells and W. R. Newman, both of Jackson, Miss., for appellee.

Before McCORD and LEE, Circuit Judges.

PER CURIAM.

The judgment appeal from is affirmed on the authority of Hamilton v. Morrison, 5 Cir., 146 F.2d 533, and Welsh v. Williams, 85 Miss. 301, 37 So. 561.

UNITED STATES ex rel. Jack Morris KULEFSKY, Relator-Appellant, v. David E. CAIN, Commanding Officer of United States Army Base, Camp Upton, Long Island, Respondent-Appellee.

No. 202.

Circuit Court of Appeals, Second Circuit.

Feb. 4, 1946.

Meyer Kreeger, of New York City, for relator-appellant.

Vine H. Smith, Asst. U. S. Atty., of Brooklyn, N. Y. (T. Vincent Quinn, U. S. Atty., of Brooklyn, N. Y., of counsel), for respondent-appellee.

Before L. HAND, CHASE, and FRANK, Circuit Judges.

PER CURIAM.

Judgment reversed in open court on confession of error.

UNITED STATES of America ex rel. Gene McCANN, Petitioner-Appellant, v. James E. MULCAHY, United States Marshal for the Southern District of New York, and E. E. Thompson, Warden of the United States Detention Headquarters, 427 West Street, New York City, Respondents-Appellees.

No. 187.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1946.

Gene McCann, petitioner-appellant pro se.

John F. X. McGohey, U. S. Atty., of New York City (John J. Donovan, Jr., of New York City, of counsel), for respondents-appellees.

Before SWAN, CHASE, and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed.